Certificate Number: 06531-PAE-DE-035835157

Bankruptcy Case Number: 21-11590



06531-PAE-DE-035835157

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 14, 2021, at 10:33 o'clock AM CDT, Linda L Artman completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  July 14, 2021

By:  /s/Patricia Queen

Name:  Patricia Queen

Title:  Certified Credit Counselor