United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Linda L Artman  
Debtor

Case No. 21-11590-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Jul 12, 2021 | Form ID: 309I | Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda L Artman, 408 Bridge Street, Spring City, PA 19475-1306 |
| 14612997 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14613004 | + | EADEH Enterprises, 511 Old Lancaster Road, Suite 8, Berwyn, PA 19312-1671 |
| 14617747 | | Independence Blue Cross, PO Box 41820, Philadelphia, PA 19101-1820 |
| 14617746 | + | Independence Blue Cross, 1901 Market Street, Philadelphia, PA 19103-1475 |
| 14621211 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14613005 | + | JPMorgan Chase Bank, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14616284 | + | KeyBank, N.A. as S/B/M to First Niagara Bank, N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14617742 | | Keybank National Association, PO Box 94968, Cleveland, OH 44101-4968 |
| 14613008 | + | Lindsay A. Dunn, Esquire, MacElree Harvey, Ltd., 17 West Miner Street, West Chester, PA 19382-3213 |
| 14617744 | ++ | NATIONWIDE INSURANCE, SERVICE OF PROCESS TEAM, THREE NATIONWIDE PLAZA, MAIL CODE 3-11-310, COLUMBUS OH 43215-2410 address filed with court:, Nationwide Insurance, One Nationwide Plaza, Columbus, OH 43215-2220 |
| 14613012 | + | Sandra Holliday, 63 Octorara Rd, Parkersburg, PA 19365-9175 |
| 14613015 | + | Timothy E. Wilfong, Esquire, Law Office of Timothy E Wilfong LLC, 20 South Main Street, Phoenixville, PA 19460-3436 |
| 14617743 | + | Upstart Network, Inc., 2950 S. Delaware Street, San Mateo, CA 94403-2580 |
| 14613017 | + | Upstart Operations Dept., P.O. Box 1503, San Carlos, CA 94070-7503 |
| 14615552 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: timwilfong@aol.com | Jul 13 2021 00:00:00 | TIMOTHY WILFONG, Law Office of Timothy E Wilfong LLC, 20 South Main Street, Phoenixville, PA 19460 |
| tr | + | Email/Text: bncnotice@ph13trustee.com | Jul 13 2021 00:00:00 | WILLIAM C. MILLER, Esq., Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105-1229 |
| smg | | Email/Text: megan.harper@phila.gov | Jul 13 2021 00:00:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 13 2021 00:00:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jul 13 2021 00:00:00 | United States Trustee, Office of United States Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |
| 14612995 | | EDI: BANKAMER.COM | Jul 13 2021 04:03:00 | Bank Of America, PO Box 982235, El Paso, TX 79998-2234 |
| 14612996 | | EDI: BANKAMER.COM | Jul 13 2021 04:03:00 | Bank of America, N.A., PO Box 5170, Simi |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Jul 12, 2021 | Form ID: 309I | Total Noticed: 40

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Valley, CA 93062-5170 |
| 14612998 | + | EDI: AIS.COM | Jul 13 2021 04:03:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14612999 | | EDI: CAPITALONE.COM | Jul 13 2021 04:03:00 | Capital One Bank N.A., Attn: Bankruptcy Dept., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14613001 | | EDI: CITICORP.COM | Jul 13 2021 04:03:00 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14613002 | | EDI: CITICORP.COM | Jul 13 2021 04:03:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14613003 | + | EDI: CITICORP.COM | Jul 13 2021 04:03:00 | Citibank, N.A.,, 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 14617745 | + | EDI: CCS.COM | Jul 13 2021 04:03:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14613000 | | EDI: JPMORGANCHASE | Jul 13 2021 04:03:00 | Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 14613006 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jul 13 2021 00:00:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, Ohio 44144-2338 |
| 14613960 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jul 13 2021 00:00:00 | KeyBank, N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14613007 | | Email/Text: PBNCNotifications@peritusservices.com | Jul 13 2021 00:00:00 | Kohls, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14613009 | | EDI: MID8.COM | Jul 13 2021 04:03:00 | Midland Credit Management Inc, PO Box 301030, Los Angeles, CA 90030-1030 |
| 14613010 | + | EDI: MID8.COM | Jul 13 2021 04:03:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14613011 | | EDI: PENNDEPTREV | Jul 13 2021 04:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14613011 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 13 2021 00:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14613013 | + | EDI: RMSC.COM | Jul 13 2021 04:03:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14613014 | | EDI: RMSC.COM | Jul 13 2021 04:03:00 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 14613018 | | EDI: WFFC.COM | Jul 13 2021 04:03:00 | Wells Fargo Bank, N.A., MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan MN, 55121-7700 |
| 14613019 | | EDI: WFFC.COM | Jul 13 2021 04:03:00 | Wells Fargo Dealer Services, MAC T9017-026, PO Box 168048, Irving, TX 75016-8048 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | WILLIAM C. MILLER, Esq., Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105-1229 |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14613016 | ##+ | Upstart Network Inc., 2 Circle Star Way, San Carlos, CA 94070-6200 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jul 12, 2021 | Form ID: 309I | Total Noticed: 40

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 14, 2021        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| REBECCA ANN SOLARZ | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com |
| TIMOTHY WILFONG | on behalf of Debtor Linda L Artman timwilfong@aol.com  notice1776@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Linda L Artman<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–0755<br>EIN: __-_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __-_____ |
| United States Bankruptcy Court: | Eastern District of Pennsylvania | Date case filed for chapter:   13   6/3/21 |
| Case number: | 21-11590-amc | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                                           10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Linda L Artman | |
| 2. | **All other names used in the last 8 years** | aka Linda Borick | |
| 3. | **Address** | 408 Bridge Street<br>Spring City, PA 19475 | |
| 4. | **Debtor's attorney**<br>Name and address | TIMOTHY WILFONG<br>Law Office of Timothy E Wilfong LLC<br>20 South Main Street<br>Phoenixville, PA 19460 | Contact phone 610 247 1249<br>Email: timwilfong@aol.com |
| 5. | **Bankruptcy trustee**<br>Name and address | WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105 | Contact phone 215–627–1377<br>Email: ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M;<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br>Contact phone (215)408–2800<br>Date: 7/12/21 |

**For more information, see page 2**

Debtor  **Linda L Artman**                                                                                                                                                Case number **21–11590–amc**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 6, 2021 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**The Mtg of Creditors will be conducted, via telephonic conference. All interested, parties shall contact the Trustee, for connection details** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 12/6/21** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 8/12/21** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 11/30/21** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $964.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**11/2/21** at **10:00 AM** , Location: **Courtroom #4, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |