# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 21-11590-AMC

LINDA  L ARTMAN

408 BRIDGE STREET

SPRING CITY, PA 19475-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    LINDA  L ARTMAN

    408 BRIDGE STREET

    SPRING CITY, PA 19475-

Counsel for debtor(s), by electronic notice only.

    TIMOTHY WILFONG
    20 S MAIN ST

    PHOENIXVILLE, PA 19460-

Date: 8/9/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee