**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| **Linda L Artman** | : | BKY. NO. 21-11590-amc |

*Debtor*

## Statement Concerning Payment Advices

Pursuant to 11 U.S.C. 521(a)(1)(B)(iv), I, **Linda L Artman** state as follows: I was not an employee and did not receive payment advices during the 60 days prior to the filing of this bankruptcy case.

I declare under penalty of perjury that the foregoing statement is true and correct.

Dated  08/03/2021

/s/ Linda L Artman
_____
Debtor