# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                          Chapter 13


LINDA  L ARTMAN                              Bankruptcy No. 21-11590-AMC

408 BRIDGE STREET

SPRING CITY, PA 19475-



Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
LINDA  L ARTMAN

408 BRIDGE STREET

SPRING CITY, PA 19475-

**Counsel for debtor(s), by electronic notice only.**
TIMOTHY WILFONG
20 S MAIN ST

PHOENIXVILLE, PA 19460-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Date: 11/2/2021                                                            /s/ Kenneth E. West

_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee