**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| LINDA L. ARTMAN | : | Bankruptcy No. 21-11590-AMC |
| | : | |
| Debtor | : | |

**PRAECIPE TO WITHDRAW OBJECTION BY THE COMMONWEALTH**
**OF PENNSYLVANIA, DEPARTMENT OF REVENUE TO DEBTOR'S 1st AMENDED**
**<u>CHAPTER 13 PLAN OF DECEMBER 7, 2021</u>**

Kindly withdraw the Commonwealth of Pennsylvania, Department of Revenue's Objection to Debtor's First Amended Chapter 13 Plan dated December 7, 2021.

Respectfully submitted,

JOSH SHAPIRO
ATTORNEY GENERAL

DATED: December 8, 2021      BY:   /s/ Carol E. Momjian
CAROL E. MOMJIAN
Senior Deputy Attorney General
PA I.D. No. 49219
Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA   19103
Tel:  (215) 560-2128
Fax:  (717) 772-4526
Email:  cmomjian@attorneygeneral.gov

1