United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Linda L Artman  
Debtor

Case No. 21-11590-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Jan 19, 2023 | Form ID: 155 | Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda L Artman, 408 Bridge Street, Spring City, PA 19475-1306 |
| 14616060 | + | BANK OF AMERICA, N.A., C/O Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14653116 | + | Commonwealth of PA, c/o Carol E. Momjian, Senior Deputy Atto, The Phoenix Building, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| 14613004 | + | EADEH Enterprises, 511 Old Lancaster Road, Suite 8, Berwyn, PA 19312-1671 |
| 14628889 | | Eadeh Enterprises, c/o Michael G. Louis, Esquire, 17 W. Miner St., P.O. Box 660, West Chester, PA 19381-0660 |
| 14617747 | | Independence Blue Cross, PO Box 41820, Philadelphia, PA 19101-1820 |
| 14617746 | + | Independence Blue Cross, 1901 Market Street, Philadelphia, PA 19103-1475 |
| 14616284 | + | KeyBank, N.A. as S/B/M to First Niagara Bank, N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14617742 | | Keybank National Association, PO Box 94968, Cleveland, OH 44101-4968 |
| 14613008 | + | Lindsay A. Dunn, Esquire, MacElree Harvey, Ltd., 17 West Miner Street, West Chester, PA 19382-3213 |
| 14613012 | + | Sandra Holliday, 63 Octorara Rd, Parkersburg, PA 19365-9175 |
| 14613015 | + | Timothy E. Wilfong, Esquire, Law Office of Timothy E Wilfong LLC, 20 South Main Street, Phoenixville, PA 19460-3436 |
| 14613019 | | Wells Fargo Dealer Services, MAC T9017-026, PO Box 168048, Irving, TX 75016-8048 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14612995 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 20 2023 00:37:00 | Bank Of America, PO Box 982235, El Paso, TX 79998-2234 |
| 14612997 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 20 2023 00:37:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14612996 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 20 2023 00:37:00 | Bank of America, N.A., PO Box 5170, Simi Valley, CA 93062-5170 |
| 14628892 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 20 2023 00:37:00 | Bank of America, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 14612998 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 20 2023 00:38:37 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14612999 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 20 2023 00:38:37 | Capital One Bank N.A., Attn: Bankruptcy Dept., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14613001 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 20 2023 00:38:44 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14613002 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 20 2023 00:38:44 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14613003 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 20 2023 00:38:44 | Citibank, N.A.,, 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14617745 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 20 2023 00:38:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |

Case 21-11590-amc   Doc 47   Filed 01/21/23   Entered 01/22/23 00:30:21   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 19, 2023 | Form ID: 155 | Total Noticed: 42 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14613000 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 20 2023 00:38:43 | Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 14621211 | + | Email/Text: RASEBN@raslg.com | Jan 20 2023 00:37:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14613005 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 20 2023 00:37:00 | JPMorgan Chase Bank, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14613006 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jan 20 2023 00:37:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, Ohio 44144-2338 |
| 14613960 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jan 20 2023 00:37:00 | KeyBank, N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14628309 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 20 2023 00:37:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 14613007 | | Email/Text: PBNCNotifications@peritusservices.com | Jan 20 2023 00:37:00 | Kohls, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14613009 | | Email/Text: bankruptcydpt@mcmcg.com | Jan 20 2023 00:37:00 | Midland Credit Management Inc, PO Box 301030, Los Angeles, CA 90030-1030 |
| 14613010 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 20 2023 00:37:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14617744 | ^ | MEBN | Jan 20 2023 00:29:00 | Nationwide Insurance, One Nationwide Plaza, Columbus, OH 43215-2220 |
| 14625673 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 20 2023 00:38:49 | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067 |
| 14613011 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 20 2023 00:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14613013 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2023 00:38:50 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14613014 | | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2023 00:38:49 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 14613016 | + | Email/Text: LCI@upstart.com | Jan 20 2023 00:37:00 | Upstart Network Inc., 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 14617743 | + | Email/Text: LCI@upstart.com | Jan 20 2023 00:37:00 | Upstart Network, Inc., 2950 S. Delaware Street, San Mateo, CA 94403-2580 |
| 14613017 | + | Email/Text: LCI@upstart.com | Jan 20 2023 00:37:00 | Upstart Operations Dept., P.O. Box 1503, San Carlos, CA 94070-7503 |
| 14615552 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 20 2023 00:38:43 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 14613018 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 20 2023 00:38:38 | Wells Fargo Bank, N.A., MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14628852 | | Joe Smith, c/o Michael G. Louis |
| 14627014 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14652828 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 19, 2023 | Form ID: 155 | Total Noticed: 42 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CAROL E. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue cmomjian@attorneygeneral.gov |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL G. LOUIS | on behalf of Attorney Michael Louis Eadeh Enterprises mlouis@macelree.com |
| TIMOTHY WILFONG | on behalf of Debtor Linda L Artman timwilfong@aol.com notice1776@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Linda L Artman
      Debtor(s)
                          Chapter: 13
                          Bankruptcy No: 21−11590−amc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this January 17, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                        Ashely M. Chan
                                        Judge ,
                                        United States Bankruptcy Court

                                                                     46 − 17
                                                                     Form 155