# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 21-11590** |
| **Linda L Artman AKA Linda Borick** | : **Chapter 13** |
| | : **Judge Ashely M. Chan** |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * * |
| | : |
| | : **Related Document #** |
| | : |
| | : |
| | : |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, its successor and assigns ("Creditor") in the above referenced case.

Please send all notices issued in this case to the undersigned at the address below.

                                        Respectfully submitted,

                                        /s/ Adam B. Hall
                                        Adam B. Hall, Esquire (323867)
                                        Alyk L. Oflazian (312912)
                                        Manley Deas Kochalski LLC
                                        P.O. Box 165028
                                        Columbus, OH  43216-5028
                                        Telephone: 614-220-5611
                                        Fax: 614-627-8181
                                        Attorneys for Creditor
                                        The case attorney for this file is Adam B. Hall.
                                        Contact email is abh@manleydeas.com

23-007369_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:** :
: **Case No.: 21-11590**
**Linda L Artman AKA Linda Borick** : **Chapter 13**
: **Judge Ashely M. Chan**
**Debtor(s)** : * * * * * * * * * * * * * * * * * * *
:
: **Related Document #**
:
:
:

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

TIMOTHY WILFONG, Attorney for Linda L Artman AKA Linda Borick, timwilfong@aol.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Linda L Artman AKA Linda Borick, 408 Bridge Street, Spring City, PA  19475

/s/ Adam B. Hall

23-007369_PS