# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

LINDA L ARTMAN

**CHAPTER :** 13

**CASE NO.:** 21-11590-AMC

Debtor(s)

## NOTICE OF CLAIM SATISFACTION

**TO:** Debtor(s), Attorney for Debtor(s), Trustee, and all interested parties:

**NOTICE IS HEREBY GIVEN:**

As to Claim 12-1 filed on 08/09/2021, file this notice that claim 12-1 has been satisfied and the Debtor(s) has no further liability as to this claim. We respectfully request no further disbursements be made by the Chapter 13 Trustee.

**Dated :** 03/30/2023

*/s/ Regina Cohen*
Regina Cohen
Lavin, Cedrone, Graver, Boyd & DiSipio
190 North Independence Mall West 6th & Race Streets
Suite 500
Philadelphia, PA  19106
215-351-7551
rcohen@lavin-law.com