# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | Case No.: 21-11590 |
| **Linda L Artman AKA Linda Borick** | Chapter 13 |
| | Judge Ashely M. Chan |
| **Debtor(s)** | * * * * * * * * * * * * * * * * * * |
| | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | Date and Time of Hearing |
| | May 2, 2023 at 11:00 a.m. |
| **Movant,** | |
| vs | Place of Hearing |
| | U.S. Bankruptcy Court |
| **Linda L Artman AKA Linda Borick** | 900 Market Street, Suite 400, Courtroom #4 |
| **Kenneth E. West** | Philadelphia, PA, 19107 |
| **Respondents.** | |
| | Related Document # 51 |

## ORDER OF COURT

AND NOW, to wit, this __1st__ day of __May__, 2023, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2. Pursuant to the Stipulation, Movant is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

_____
ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Adam B. Hall, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Kenneth E. West, Chapter 13 Trustee, 1234 Market Street - Suite 1813, Philadelphia, PA 19107, ecfemails@ph13trustee.com (notified by ecf)

Timothy Wilfong, Attorney for Debtor, 20 South Main Street, Phoenixville, PA  19460, timwilfong@aol.com (notified by ecf)

Linda L Artman AKA Linda Borick, Debtor, 408 Bridge Street, Spring City, PA  19475 (notified by regular US Mail)