## United States Bankruptcy Court

Eastern District of Pennsylvania (Philadelphia)

IN RE:    LINDA ARTMAN                                    CASE NO.:    21-11590
                                                          CHAPTER:    13


            Debtors

### Change of address – Payment  for Creditor

As to Claim 4-1, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice
that its address for payment  has changed.

Old Notifications address                          New Notifications address



Old payment address                               New payment address
Wells Fargo Auto                                   Wells Fargo Auto

PO Box 17900                                        PO Box 51963

Denver CO 80217-0900                                Los Angeles CA 90051-6263


Please note that if a payment address is not provided, then the payment address has not changed.

Creditor phone number: 1-888-875-9372
Creditor email address:  bkchapter13@wellsfargo.com


11/05/2025                                 /s/Lisa Johnson
                                           Account Resolution Associate Manager
                                           Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (08/15/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

## Certificate of Service

Eastern District of Pennsylvania (Philadelphia)

IN RE:   LINDA ARTMAN                    CASE NO:   21-11590

CHAPTER:   13

Debtors

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 11/05/2025, I served a true and correct copy of the Change of Address as follows:

☒ By CM/ECF:
Lisa Johnson
Account Resolution Associate Manager

☐ By mail:
[Name]
[Address]

☐ By [Method of delivery]:
[Name]
[Address]

11/05/2025                              /s/Lisa Johnson
                                        Account Resolution Associate Manager
                                        Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (08/15/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.